UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:09-23161-CIV-LENARD/GARBER

STEPHEN A. KARAKIS,

    Plaintiff,

vs.

ACHE SUPPERCLUB LLC, a Florida
limited liability company, d/b/a ACHE
SUPPER CLUB,

    Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND CONSENT JUDGMENT**

    The Plaintiff, STEPHEN A. KARAKIS (hereinafter the "Plaintiff"), by and through his undersigned attorney, and Defendant, ACHE SUPPERCLUB, LLC, d/b/a ACHE SUPPER CLUB (hereinafter, the "Defendant"), by and through it's respective undersigned attorney, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.  A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement between the parties which is incorporated herein by reference. Ache Supper Club is subject to the readily achievable standard and acknowledges that performance of all of the modifications required of the Defendant pursuant to said Confidential Settlement Agreement will meet the readily achievable standard and will bring the subject property into ADA compliance. All Released Parties, as listed in Exhibit "A", have agreed to undertake similar modifications to the respective properties that they own or operate and therefore have been included in the Plaintiff's Release contained in the Confidential Settlement Agreement.  All parties shall bear their own attorneys fees, costs and

1

expenses other than those specified in said Confidential Settlement Agreement, and agree not to file any additional motions in this matter. The Parties hereby make the request, pursuant to the Confidential Settlement Agreement, that the Court enter the following proposed Consent Judgment attached hereto.

## CONSENT JUDGMENT

THIS CAUSE having come before the Court on Plaintiff, STEPHEN A. KARAKIS', and Defendant's, ACHE SUPPERCLUB, LLC, d/b/a ACHE SUPPER CLUB "Stipulation For Dismissal With Prejudice" (hereinafter, the Motion"), and the Court having reviewed the Court record, and otherwise being fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that the foregoing Stipulation For Dismissal With Prejudice filed on December 17, 2009 [DE 14] is hereby granted and adopted by this Court. The action is hereby dismissed with prejudice. This case is closed and all other pending motions not ruled upon are denied as moot.

CONSENTED TO:

| By: s/ B. Bradley Weitz | By: s/ Ian J. Kukoff |
|---|---|
| B. Bradley Weitz, Esq. | Ian J. Kukoff, Esq. |
| Plaintiff's Attorney | Defendant's Attorney |

DONE AND ORDERED at _____, Florida, this ____ day of December, 2009.

_____
HONORABLE JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record